DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

T.R.C., a child,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-3653
_____

September 2, 2022

Appeal from the Circuit Court for Hillsborough County; Robert A. Bauman, Judge.

Howard L. Dimmig, II, Public Defender and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

KELLY, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.